**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | No. 08-01789 (BRL) |
| v. | Substantively Consolidated |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-4932 (BRL) |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES LTD., | |
| Defendants. | |

**DECLARATION OF EMIL A. KLEINHAUS IN SUPPORT OF**
**JPMORGAN'S MOTION TO WITHDRAW THE REFERENCE**

Emil A. Kleinhaus, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an associate at the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC and J.P. Morgan Securities Ltd. (together, "JPMorgan"), the defendants named in the Complaint.

-2-

As an attorney admitted to practice before this Court, and one of the attorneys appearing for JPMorgan in this proceeding, I respectfully submit this declaration to provide the Court with true and correct copies of the documents listed below that are referenced in the Memorandum of Law in Support of JPMorgan's Motion to Withdraw the Reference.

2.  Annexed hereto as Exhibit 1 is a copy of the redacted Complaint publicly filed in the United States Bankruptcy Court for the Southern District of New York on February 3, 2011 by the Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC against JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC and J.P. Morgan Securities Ltd.

3.  Annexed hereto as Exhibit 2 is a copy of the Amended Class Action Complaint filed against JPMorgan Chase & Co. and certain other defendants in *In re Herald, Primeo & Thema Funds Sec. Litigation*, No. 09 Civ. 00289 (S.D.N.Y.) (RMB).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2011.

                                              /s/ Emil A. Kleinhaus
                                              Emil A. Kleinhaus

Dated:   New York, New York
            February 8, 2011