**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES LTD., | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

Case No.  11-cv-0913

----------------------------------------------------------

## STATEMENT PURSUANT TO
## <u>FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the defendants state as follows:

Defendant JPMorgan Chase & Co. is a publicly held company, and no other publicly held company owns 10% or more of its stock.

Defendant JPMorgan Chase Bank, N.A. is a private non-governmental party, and JPMorgan Chase & Co., a publicly held company, owns, directly or indirectly, 10% or more of the stock of JPMorgan Chase Bank, N.A.

Defendant J.P. Morgan Securities LLC is a private non-governmental party, and JPMorgan Chase & Co., a publicly held company, owns, directly or indirectly, 10% or more of the stock of J.P. Morgan Securities LLC.

Defendant J.P. Morgan Securities Ltd. is a private non-governmental party, and JPMorgan Chase & Co., a publicly held company, owns, directly or indirectly, 10% or more of the stock of J.P. Morgan Securities Ltd.


Dated:   New York, New York
             February 9, 2011

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ John F. Savarese
     John F. Savarese

51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC and J.P. Morgan Securities Ltd.*