
Memorton, J

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | **JOINT STIPULATION** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES LTD.,<br><br>      Defendants. | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/18/11<br><br>Adv. Pro. No. 10-04932 (BRL)<br><br>**1-11-cv-00913 (CM)** |

## STIPULATED ORDER SETTING PAGE LIMITS

Plaintiff Irving H. Picard ("Trustee"), and Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, and J.P. Morgan Securities Ltd. (collectively, "JPMC"), by and through their undersigned attorneys, hereby stipulate and agree, and respectfully request that the Court order, that the following page limits shall apply in the above-captioned action:

1. Trustee's opposition memorandum to JPMC's Motion to Withdraw the Reference to the

Bankruptcy Court of Adversary Proceeding No. 10-04932 (BRL) filed February 8, 2011 ("Motion to Withdraw") shall not exceed 40 pages in length.

2. JPMC's reply in further support of its Motion to Withdraw shall not exceed 20 pages in length.

Dated: New York, New York
       March **17**, 2011

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| By: *[signature]* | By: *[signature]* By Permission |
| David J. Sheehan | John F. Savarese |
| Deborah H. Renner | Amy R. Wolf |
| Keith R. Murphy | Emil A. Kleinhaus |
| Seanna R. Brown | Meredith L. Turner |
| 45 Rockefeller Plaza | 51 West 52nd Street |
| New York, New York 10111 | New York, New York 10019 |
| (212) 589-4200 | (212) 403-1000 |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* | *Attorneys for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, and J.P. Morgan Securities Ltd.* |

IT IS SO ORDERED:

*[signature]*

United States District Judge

3-18-2011