# WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
BERNARD W. NUSSBAUM
LAWRENCE B. PEDOWITZ
PAUL VIZCARRONDO, JR.
PETER C. HEIN
HAROLD S. NOVIKOFF
KENNETH B. FORREST
MEYER G. KOPLOW
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ERIC M. ROTH
ANDREW R. BROWNSTEIN
MICHAEL H. BYOWITZ
PAUL K. ROWE
MARC WOLINSKY
DAVID GRUENSTEIN
STEPHEN G. GELLMAN
STEVEN A. ROSENBLUM

STEPHANIE J. SELIGMAN
JOHN F. SAVARESE
SCOTT K. CHARLES
DAVID S. NEILL
JODI J. SCHWARTZ
ADAM O. EMMERICH
GEORGE T. CONWAY III
RALPH M. LEVENE
RICHARD G. MASON
DOUGLAS K. MAYER
MICHAEL J. SEGAL
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
DAVID M. MURPHY
JEFFREY M. WINTNER
TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)

OF COUNSEL

WILLIAM T. ALLEN
PETER C. CANELLOS
DAVID M. EINHORN
THEODORE GEWERTZ
RICHARD D. KATCHER
THEODORE A. LEVINE
ROBERT B. MAZUR
PHILIP MINDLIN
ROBERT M. MORGENTHAU

ERIC S. ROBINSON
PATRICIA A. ROBINSON*
LEONARD M. ROSEN
MICHAEL W. SCHWARTZ
ELLIOTT V. STEIN
WARREN R. STERN
PATRICIA A. VLAHAKIS
J. BRYAN WHITWORTH
AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

MICHELE J. ALEXANDER
LOUIS J. BARASH
DIANNA CHEN
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ELAINE P. GOLIN
PAULA N. GORDON

NANCY B. GREENBAUM
MAURA R. GROSSMAN
IAN L. LEVIN
J. AUSTIN LYONS
AMANDA N. PERSAUD
HOLLY M. STRUTT

RACHELLE SILVERBERG
DAVID C. BRYAN
STEVEN A. COHEN
GAVIN D. SOLOTAR
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JOSEPH D. LARSON
LAWRENCE S. MAKOW
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DIPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
DAVID A. SCHWARTZ

JOHN F. LYNCH
WILLIAM SAVITT
ERIC M. ROSOF
MARTIN J.E. ARMS
GREGORY E. OSTLING
DAVID B. ANDERS
ADAM J. SHAPIRO
NELSON O. FITTS
JEREMY L. GOLDSTEIN
JOSHUA M. HOLMES
DAVID E. SHAPIRO
DAMIAN G. DIDDEN
ANTE VUCIC
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11

April 1, 2011

**MEMO ENDORSED**

<u>BY FACSIMILE</u>

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

[handwritten endorsement: 4/4/2011 (1) Oral argument will not be needed, have the 5 days; (2) you can have the (3) SIPC can be heard]

      Re: Irving H. Picard v. JPMorgan Chase & Co. et al.,
          No. 11-cv-00913-CM

Dear Judge McMahon:

      We are counsel to the JPMorgan defendants in the above-captioned proceeding, which was commenced by JPMorgan's filing of a motion to withdraw the reference to the bankruptcy court. On Wednesday, March 30, the Securities Investor Protection Corporation, which is not a plaintiff in this action, filed a 29-page opposition brief to JPMorgan's motion. The stipulations entered by the Court regarding briefing did not contemplate this filing by SIPC, and JPMorgan was not aware that it would be made. With the Trustee's consent, I am writing to request that JPMorgan be granted five additional pages for its reply brief and a five day extension of the time to file its reply.

      This Court has entered two stipulations regarding briefing. On February 24, the Court entered a stipulation setting forth a briefing schedule. On March 18, the Court entered a further stipulation permitting the Trustee to file a 40-page opposition brief and JPMorgan to file

WACHTELL, LIPTON, ROSEN & KATZ

Judge Colleen McMahon
April 1, 2011
Page 2

a 20-page reply brief. As a result of SIPC's filing, however, the Trustee and SIPC have together filed 69 pages of briefing in opposition to JPMorgan's 31-page opening brief. Accordingly, JPMorgan respectfully requests the Court's permission to submit a 25-page reply brief; JPMorgan also respectfully requests that the deadline for its reply brief be moved from April 13 to April 18. Oral argument is scheduled to be held on April 29.

As noted, we have consulted with counsel to the Trustee and are advised that the Trustee does not object to JPMorgan's requests for additional pages and for an extension until April 18. JPMorgan has not previously requested any extension of the deadlines stipulated by the parties.

JPMorgan reserves the right to object to SIPC's participation in future aspects of this litigation. That issue, however, need not be addressed at the present time.

Sincerely,

John F. Savarese

Cc: Deborah H. Renner, Esq. (by email)
Kevin H. Bell, Esq. (by email)