WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
(212) 403-1000

*Attorneys for Defendants JPMorgan Chase & Co.,
JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC
and J.P. Morgan Securities Ltd.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES LTD.,<br><br>Defendants. | 11 Civ. 913 (CM) |

---

**JPMORGAN'S MOTION TO DISMISS THE TRUSTEE'S AMENDED COMPLAINT**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

       PLEASE TAKE NOTICE that, upon the accompanying Opening Brief in Support of JPMorgan's Motion to Dismiss the Trustee's Amended Complaint; the Declaration of Emil A. Kleinhaus and exhibits thereto; and all the papers filed and proceedings had herein, defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC and J.P. Morgan Securities Ltd. respectfully hereby move this Court for an order dismissing with prejudice causes of action 1 through 12 and 21 through 28 of the Amended Complaint filed in this proceeding pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 9(b).

PLEASE TAKE FURTHER NOTICE that any opposition briefs are due to be filed on or before September 1, 2011, and any reply brief is due to be filed on or before September 16, 2011.

JPMorgan respectfully requests oral argument on its motion to dismiss.

Dated: New York, New York
August 1, 2011

Respectfully submitted,

*Of counsel:*

WACHTELL, LIPTON, ROSEN & KATZ

Amy R. Wolf
Douglas K. Mayer
Stephen R. DiPrima
Emil A. Kleinhaus
Meredith L. Turner
Jonathon R. La Chapelle
Lauren M. Kofke

By: /s/ John F. Savarese
    John F. Savarese

51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC and J.P. Morgan Securities Ltd.*