UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

v.

JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES LTD.,

Defendants.

11 Civ. 913 (CM)

---

## CERTIFICATE OF SERVICE

I, Jonathon R. La Chapelle, an attorney admitted to practice in the State of New York, hereby certify that I caused a true and correct copy of the Reply Brief in Support of JPMorgan's Motion to Dismiss the Trustee's Amended Complaint to be filed electronically on September 16, 2011 using the CM/ECF system, which will send notification of such filing to registered parties, including the following persons:

Deborah H. Renner
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Lindsey D'Andrea
Lauren M. Hilsheimer
Jennifer A. Vessells
Thomas D. Warren
Baker & Hostetler LLP
1900 East Ninth Street
Cleveland, OH 44114

Christopher H. LaRosa
Securities Investor Protection Corporation
805 15th St., N.W., Suite 800
Washington, D.C. 20005

Helen D. Chaitman
Phillips Nizer LLP
666 5th Avenue, 28th Floor
New York, NY 10103

Joseph R. DeMatteo
Bernfeld, DeMatteo & Bernfeld, LLP
660 Third Avenue
15th Floor
New York, NY 10016

James E. Lahm
Patrick K. Slyne
Stull, Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017

Timothy J. Burke
Stull, Stull, & Brody
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024

Dated:  New York, New York
        September 19, 2011

/s/ Jonthon R. La Chapelle